```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

DANIEL W. MCMAHON,
                Plaintiff,
vs.                          Case No. 2:05-cv-90-FtM-33SPC

CLEVELAND CLINIC FLORIDA HOSPITAL NAPLES; CLEVELAND CLINIC FLORIDA NAPLES, LLC; CLEVELAND CLINIC FLORIDA FOUNDATION; CLEVELAND CLINIC FLORIDA; CLEVELAND CLINIC FLORIDA HOSPITAL,

                Defendants.
_____/

**<u>ORDER</u>**

This matter comes before the Court pursuant to Plaintiff's Motion for Injunctive Relief (Doc. # 85-1), which was filed on April 24, 2006.

<u>Pro se</u> Plaintiff seeks an order enjoining Defendants "from contacting the Plaintiff about providing him medical care when they have no intention of doing so. And an Order from this Court stopping Defendants and or their representatives from releasing the Plaintiff's Medical Records, History, Diagnosis' [sic] or any Medical information about the Plaintiff in any form whatsoever without prior permission from the Plaintiff." (Doc. # 85-1 at 1).

Plaintiff's motion for injunctive relief is non-specific and fails to cite a single case, statute, rule, or any other form of legal authority.

Local Rule 3.01(a), M.D. Fla., states, "In making any written motion or other application to the Court for the entry of an order

of any kind, in civil and criminal cases . . . the moving party shall file and serve with such motion or application, a brief or legal memorandum with citations of authorities in support of the relief requested."

In this case, Plaintiff's vague and noncompliant motion for injunctive relief should be denied without prejudice due to Plaintiff's failure to comply with the above Local Rule.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Motion for Injunctive Relief (Doc. # 85-1) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>1st</u> day of May, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies: All parties of record

2